B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Chimney Solutions Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**30-0232664** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**383 N Ridgeland Ave.**<br>**Elmhurst, IL**<br>ZIP Code **60126** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Dupage** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| **Type of Debtor**<br>(Form of Organization)<br>(Check one box) | **Nature of Business**<br>(Check one box) | **Chapter of Bankruptcy Code Under Which<br>the Petition is Filed** (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ■ Chapter 7<br>☐ Chapter 9<br>☐ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13   ☐ Chapter 15 Petition for Recognition<br>of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition<br>of a Foreign Nonmain Proceeding |
| | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts,<br>defined in 11 U.S.C. § 101(8) as<br>"incurred by an individual primarily for<br>a personal, family, or household purpose."   ■ Debts are primarily<br>business debts. |

| **Filing Fee** (Check one box) | **Chapter 11 Debtors** |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the debtor<br>is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed<br>to insiders or affiliates) are less than $2,190,000.<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more<br>classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| **Statistical/Administrative Information** | **THIS SPACE IS FOR COURT USE ONLY** |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,<br>there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

**B1 (Official Form 1)(1/08)**        Page 2

| Voluntary Petition<br><br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Chimney Solutions Inc.** |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location<br>Where Filed:   **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>**John Judd** | Case Number:<br>**09-** | Date Filed:<br>**4/23/09** |
|---|---|---|
| District:<br>**Northern Dist. of Ill -- Eastern Division** | Relationship:<br>**Owner** | Judge:<br>**John H. Squires** |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>     Signature of Attorney for Debtor(s)        (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

     _____<br>
     (Name of landlord that obtained judgment)

     _____<br>
     (Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(1/08)

Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):

**Chimney Solutions Inc.**

**Signatures**

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ Timothy M. Hughes**
Signature of Attorney for Debtor(s)

**Timothy M. Hughes 6208982**
Printed Name of Attorney for Debtor(s)

**Lavelle Law, Ltd.**
Firm Name

**501 W Colfax**
**Palatine, IL 60067**

_____
Address

**Email: thughes@lavellelaw.com**
**847.705-9698  Fax: 847.241-1702**
Telephone Number

**April 23, 2009**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ John Judd**
Signature of Authorized Individual

**John Judd**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**April 23, 2009**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____
_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court

### Northern District of Illinois

In re   **Chimney Solutions Inc.**                                              ,    Case No. _____

Debtor

Chapter _____**7**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 3 | 1,501.00 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 0.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 3 | | 61,825.14 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 20 | | 286,040.35 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 30 | | | |
| Total Assets | | | 1,501.00 | | |
| Total Liabilities | | | | 347,865.49 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Chimney Solutions Inc.** _____,    Case No. _____

                                         Debtor

                                         Chapter _____**7**_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

B6A (Official Form 6A) (12/07)

In re    **Chimney Solutions Inc.**
_____,    Case No. _____
Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | | Sub-Total > | **0.00** | (Total of this page) |
|---|---|---|---|---|---|
| | | | Total > | **0.00** | |

__0__    continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re  **Chimney Solutions Inc.**                                    ,    Case No. _____
                                          Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking acct --- TCF (overdrawn)** | - | 1.00 |
| | | **Checking acct -- Chase Bank (overdrawn)** | - | 0.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >        **1.00**
(Total of this page)

___2___ continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Chimney Solutions Inc.**                                    ,     Case No. _____

                                          Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Trade receivables (face value $10,000.00)** | **-** | **0.00** |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >          **0.00**
(Total of this page)

Sheet  __1__  of  __2__  continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Chimney Solutions Inc.**                                   ,    Case No. _____
                                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Misc. office equipment and supplies** | - | 750.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **Misc. supplies and tools** | - | 750.00 |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  | Sub-Total > | 1,500.00 |
|---|---|---|
|  | (Total of this page) | |
|  | Total > | 1,501.00 |

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re   **Chimney Solutions Inc.**                                              ,   Case No. _____
                                            Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

■   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
| | | H W J | C | | | | | | |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |
| __0__  continuation sheets attached | | | | Subtotal (Total of this page) | | | | | |
| | | | | Total (Report on Summary of Schedules) | | | | 0.00 | 0.00 |

4/23/09  4:19PM

B6E (Official Form 6E) (12/07)

.

In re    **Chimney Solutions Inc.**                                                    ,       Case No. _____
                                                Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re **Chimney Solutions Inc.**                                                                    ,        Case No. _____

                                         Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Taxes and Certain Other Debts
### Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **30-0232664** <br><br> **D. Patrick Mullarkey** <br> **Tax Division DOJ, P.O. Box 55** <br> **Ben Franklin Station** <br> **Washington, DC 20044** | - | | NOTICE ONLY | | | | 0.00 | 0.00 |
| Account No. **30-0232664** <br><br> **Dept of Treasury** <br> **Internal Revenue Service** <br> **Cincinnati, OH 45999** | - | | 2005-08 | | | | 14,193.79 | 14,193.79 <br><br> 0.00 |
| Account No. **30-0232664** <br><br> **District Counsel** <br> **200 W. Adams** <br> **Chicago, IL 60604** | - | | NOTICE ONLY | | | | 0.00 | 0.00 |
| Account No. **30-0232664** <br><br> **District Director IRS** <br> **230 S Dearborn** <br> **Chicago, IL 60604** | - | | NOTICE ONLY | | | | 0.00 | 0.00 |
| Account No. **30-0232664** <br><br> **Illinois Department of Revenue** <br> **100 W Randolph 7th Floor** <br> **Bankruptcy Unit** <br> **Chicago, IL 60601** | - | | | | | | 0.00 | 0.00 |

Sheet _**1**_ of _**2**_ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | 14,193.79 |
|---|---|---|
| | (Total of this page) | 14,193.79 | 0.00 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6E (Official Form 6E) (12/07) - Cont.

In re  **Chimney Solutions Inc.** _____,   Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **Chimnet Solutions, Inc.** <br> **Illinois Dept of Employment Securit** <br> P.O. Box 3637 <br> Springfield, IL 62708-3637 | - | | **2005-08** <br><br> **State employment taxes** | | | | 43,744.83 | 43,744.83 | 0.00 |
| Account No. **30-0232664** <br> **Illinois Dept of Employment Securit** <br> P.O. Box 3637 <br> Springfield, IL 62708-3637 | - | | | | | | 0.00 | 0.00 | 0.00 |
| Account No. **Chimnet Solutions, Inc.** <br> **Illinois Dept Of Revenue** <br> P.O. Box 19041 <br> Springfield, IL 62794-1904 | - | | **2005-08** | | | | 1,060.92 | 1,060.92 | 0.00 |
| Account No. **30-0232664** <br> **Internal Revenue Service** <br> Kansas City, MO 64999 | - | | **2005-08** | | | | 2,825.60 | 2,825.60 | 0.00 |
| Account No. **30-0232664** <br> **United States Attorney** <br> 219 S. Dearborn St. <br> Chicago, IL 60604 | - | | **NOTICE ONLY** | | | | 0.00 | 0.00 | 0.00 |

Sheet __2__ of __2__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal <br> (Total of this page) | 47,631.35 | 47,631.35 <br> 0.00 |
| Total <br> (Report on Summary of Schedules) | 61,825.14 | 61,825.14 <br> 0.00 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re   **Chimney Solutions Inc.** _____,   Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J | C | | | | | |
| Account No. **Chimnet Solutions, Inc.**<br><br>**Act Professionals**<br>**218 Tioga Ave**<br>**Addison, IL 60101-1928** | - | | | | **2006-2008**<br>**Goods & Services** | | | | 225.00 |
| Account No. **Chimnet Solutions, Inc.**<br><br>**Allied Waste Service**<br>**5050 W. Lake St.**<br>**Melrose Park, IL 60160** | - | | | | **2005-2008**<br>**Goods & Services** | | | | 96.21 |
| Account No. **Chimnet Solutions, Inc.**<br><br>**American States Ins. Comp.**<br>**Two Wells Ave**<br>**Dept. 72489**<br>**Newton Center, MA 02459** | - | | | | **2005-08**<br>**Goods & Services** | | | | 803.14 |
| Account No. **Chimnet Solutions, Inc.**<br><br>**Ameriprice Auto & Home Ins.**<br>**The Wilber Law Firm, PC**<br>**P.O.Box 2155**<br>**Bloomington, IL 61702-2155** | - | | | | **2005-08** | | | | 5,000.00 |
| __19__  continuation sheets attached | | | | | Subtotal<br>(Total of this page) | | | | 6,124.35 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037          S/N:35230-090310   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Chimney Solutions Inc.**                                    ,          Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Chimnet Solutions, Inc.**<br><br>**Aramak Uniform Services**<br>**555 Ct. St. Charles Dr.**<br>**Suite 100**<br>**Thousand Oaks, CA 91360** | - | | **2005-08**<br>**Goods & Services** | | | | 1,068.00 |
| Account No. **Chimnet Solutions, Inc.**<br><br>**Areawide Automotive**<br>**620 E North Ave**<br>**Lombard, IL 60148** | - | | **2005-08**<br>**Goods & Services** | | | | 323.50 |
| Account No. **Chimnet Solutions, Inc.**<br><br>**AT&T**<br>**P.O Box 15391**<br>**Wilmington, DE 19850-5391** | - | | **2005-08**<br>**Goods & Services** | | | | 3,792.50 |
| Account No. **Chimnet Solutions, Inc.**<br><br>**AT&T Real Yellow Pages**<br>**8519 Innovation Way**<br>**Chicago, IL 60682-0085** | - | | **2005-08**<br>**Goods & Services** | | | | 1,282.32 |
| Account No. **Chimnet Solutions, Inc.**<br><br>**AT&T2**<br>**3000 Corporate Exchange Drive**<br>**Columbus, OH 43231** | - | | **2005-08**<br>**Goods & Services** | | | | 4,701.37 |

Sheet no. __1__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

11,167.69

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037
Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Chimney Solutions Inc.**                                                    ,      Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Chimnet Solutions, Inc.**<br><br>**Berland's  House of**<br>**P.O. Box 60012**<br>**City Of Industry, CA 91716-0012** | - | | **2005-08**<br>**Goods & Services** | | | | **12.50** |
| Account No. **Chimnet Solutions, Inc.**<br><br>**California Contractors**<br>**7729 Burnet Ave**<br>**Van Nuys, CA 91405** | - | | **2005-08**<br>**Goods & Services** | | | | **123.19** |
| Account No. **Chimnet Solutions, Inc.**<br><br>**Cbeyond Communicat**<br>**P.O. Box 406815**<br>**Atlanta, GA 30384** | - | | **2005-08**<br>**Goods & Services** | | | | **1,142.88** |
| Account No. **Chimnet Solutions, Inc.**<br><br>**Central Dupage Hospital**<br>**25 North Winfield Road**<br>**Winfield, IL 60190** | - | | **2005-08**<br>**Medical** | | | | **4,232.50** |
| Account No. **Chimnet Solutions, Inc.**<br><br>**Chase**<br>**726 Exchange St., Ste. 700**<br>**Buffalo, NY 14210** | - | | **2005-08**<br>**Goods & Services** | | | | **1,599.74** |

Sheet no. __**2**___ of __**19**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**7,110.81**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re   **Chimney Solutions Inc.** _____,   Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **Chimnet Solutions, Inc.** <br><br> **Chase Bank USA, N.A.** <br> **8014 Bayberry Rd.** <br> **Jacksonville, FL 32256-7412** | - | | | **2005-08** <br> **Goods & Services** | | | | 329.09 |
| Account No. **Chimnet Solutions, Inc.** <br><br> **Cian and Louisa Perez** <br> **Gerber Auto Collision & Glass** <br> **500 W. Lake St.** <br> **Elmhurst, IL 60126** | - | | | **2005-08** <br> **Goods & Services** | | | | 522.95 |
| Account No. **Chimnet Solutions, Inc.** <br><br> **City of Chicago Dept of Revenue** <br> **P.O Box 88292** <br> **Chicago, IL 60680-1292** | - | | | **2005-08** <br> **Goods & Services** | | | | 200.00 |
| Account No. **Chimnet Solutions, Inc.** <br><br> **City of Chicago Dept of Revenue(ACS** <br> **Linebarger Goggan** <br> **Blair&Sampson,LLP** <br> **P.O. Box 06152** <br> **Chicago, IL 60606** | - | | | **2005-08** | | | | 430.00 |
| Account No. **Chimnet Solutions, Inc.** <br><br> **Clifford Law Offices** <br> **120 N LaSalle 31st Floor** <br> **Chicago, IL 60602** | - | | | **2005-08** | | | | 5,720.00 |
| Sheet no. __3__ of __19__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | | | | Subtotal (Total of this page) | | | | 7,202.04 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re   **Chimney Solutions Inc.**                                    ,        Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **05 M1 170458**<br><br>**Clipper Magazine**<br>**c/o John M. Galich**<br>**144535 John Humphrey Dr #101**<br>**Orland Park, IL 60462** | - | | | **2004-05**<br>**NOTICE ONLY** | | | | **0.00** |
| Account No. **Chimnet Solutions, Inc.**<br><br>**Clipper Magazine**<br>**14535 John Humphrey Dr.**<br>**Ste. 101**<br>**Orland Park, IL 60467** | - | | | **2005-08**<br>**Goods & Services** | | | | **16,100.00** |
| Account No. **Chimnet Solutions, Inc.**<br><br>**Collection Analyis**<br>**33 S. State St. 10th floor**<br>**Chicago, IL 60603-2802** | - | | | **2005-08**<br>**Goods & Services** | | | | **23,419.22** |
| Account No. **Chimnet Solutions, Inc.**<br><br>**Comcast-Chicago Seconds-2000**<br>**P.O. Box 118288**<br>**Carrollton, TX** | - | | | **2005-08**<br>**Goods & Services** | | | | **609.42** |
| Account No. **Chimnet Solutions, Inc.**<br><br>**ComEd**<br>**Bill Payment Center**<br>**Chicago, IL 60668-0001** | - | | | **2005-08**<br>**Goods & Services** | | | | **942.41** |

Sheet no. __**4**__ of __**19**__ sheets attached to Schedule of              Subtotal                **41,071.05**
Creditors Holding Unsecured Nonpriority Claims                       (Total of this page)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __Chimney Solutions Inc._____,   Case No. _____
                                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **Chimnet Solutions, Inc.**  **Cooperfields** **Mathews, Pierce, & Lloyd, Inc.** **830 Walker Rd. Ste. 12** **Dover, DE 19904** | - | | | 2005-08 | | | | 1,966.80 |
| Account No. **06 AR 1037**  **Coupon Cash Saver, Inc.** **c/o Edgerton & Edgerton** **125 Wood St., P.O. Box 218** **West Chicago, IL 60186** | - | | | 2006 NOTICE ONLY | | | | 0.00 |
| Account No. **Chimnet Solutions, Inc.**  **Coupon Cash-Saver** **Edgerton & Edgerton** **125 Wood St. P.O. Box 218** **West Chicago, IL 60186-0218** | - | | | 2005-08 | | | | 4,000.00 |
| Account No. **Chimnet Solutions, Inc.**  **Coupon Magazine** **85 Maket St. # 105** **Elgin, IL 60123** | - | | | 2005-08 Goods & Services | | | | 12,925.00 |
| Account No. **Chimnet Solutions, Inc.**  **Daily Hearld** **Biehl & Biehl, Inc.** **P.O. Box 66415** **Chicago, IL 60666-0415** | - | | | 2005-08 | | | | 1,414.25 |

Sheet no. __5__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

20,306.05

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037
Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Chimney Solutions Inc.**                                              ,      Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **Chimnet Solutions, Inc.**<br><br>**David Palm**<br>**Roddy Leahy Guill & Zima**<br>**303 West Madison St. Ste. 1500**<br>**Chicago, IL 60606** | - | | | **2005-08** | | | | **2,907.20** |
| Account No. **Chimnet Solutions, Inc.**<br><br>**Dominicks Stor**<br>**11601 Roosvely Blvd. St.**<br>**Saint Petersburg, FL 33716** | - | | | **2005-08**<br>**Goods & Services** | | | | **201.90** |
| Account No. **Chimnet Solutions, Inc.**<br><br>**Drive Financial Services**<br>**P.O. Box 660633**<br>**Dallas, TX 72566-0633** | - | | | **2005-08**<br>**Goods & Services** | | | | **583.88** |
| Account No. **Chimnet Solutions, Inc.**<br><br>**Elmhurst Memorial Hospital**<br>**75 Remittance Dr. Ste. 6383**<br>**Chicago, IL 60675** | - | | | **2005-08**<br>**Medical** | | | | **752.73** |
| Account No. **Chimnet Solutions, Inc.**<br><br>**Elmhurst Memorial Occupational Hlth**<br>**230 E. Irving Park Rd.**<br>**Wood Dale, IL 60191** | - | | | **2005-08**<br>**Medical** | | | | **45.00** |

Sheet no. __6__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**4,490.71**

B6F (Official Form 6F) (12/07) - Cont.

In re **Chimney Solutions Inc.**_____,   Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
| Account No. **Chimnet Solutions, Inc.**<br><br>**G.P.S Insight**<br>**21803 n. Scottsdale Rd. Ste. 220**<br>**Scottsdale, AZ 85255** | - | | | **2005-08**<br>**Goods & Services** | | | | 612.12 |
| Account No. **Chimnet Solutions, Inc.**<br><br>**General Corporate Matters**<br>**Gross & Boyle, LLC**<br>**15 Salt Creek Ln Ste. 207**<br>**Hinsdale, IL 60521** | - | | | **2005-08** | | | | 175.50 |
| Account No. **Chimnet Solutions, Inc.**<br><br>**George S. May International**<br>**Stein & Rotman**<br>**105 w. Madison St.**<br>**Chicago, IL 60602-4672** | - | | | **2005-08** | | | | 20,894.02 |
| Account No. **Chimnet Solutions, Inc.**<br><br>**Global Pay**<br>**10705 Red Run Blvd.**<br>**Owings Mills, MD 21117** | - | | | **2005-08**<br>**Goods & Services** | | | | 447.50 |
| Account No. **Chimnet Solutions, Inc.**<br><br>**Grainer**<br>**7300 N. Melvina AVe.**<br>**Niles, IL 60714-3998** | - | | | **2005-08**<br>**Goods & Services** | | | | 130.64 |

Sheet no. __**7**___ of __**19**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**22,259.78**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Chimney Solutions Inc.**                                    ,          Case No. _____
                                                     Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **Chimnet Solutions, Inc.** | | | | 2005-08 **Goods & Services** | | | | |
| **Homeowners Marketing Service, Inc** c/o C.T. Corporation 208 S LaSalle Suite 814 Chicago, IL 60604 | - | | | | | | | 1,270.00 |
| Account No. **Chimnet Solutions, Inc.** | | | | 2005-08 **Medical** | | | | |
| **Humana Health SErvices** P.O. Box 965 Brookfield Brookfield, WI 53008-0965 | - | | | | | | | 326.66 |
| Account No. **Chimnet Solutions, Inc.** | | | | 2005-08 **Goods & Services** | | | | |
| **Ice Mountain** 6661 Dixie HWY Ste. 4 Louisville, KY 40258 | - | | | | | | | 111.89 |
| Account No. **Chimnet Solutions, Inc.** | | | | 2005-08 **Goods & Services** | | | | |
| **Idearc Media** 925 Westchester Ave Ste. 101 White Plains, NY 10604 | - | | | | | | | 5,809.69 |
| Account No. **Chimnet Solutions, Inc.** | | | | 2005-08 | | | | |
| **Illinois Tollway** P.O. BOx 5201 Lisle, IL 60532-5201 | - | | | | | | | 663.70 |

Sheet no. __8__ of __19__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

8,181.94

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Chimney Solutions Inc.** _____,   Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Chimnet Solutions, Inc.**<br><br>**Illinois Tollway (ACS)**<br>**Linebarger Goggan**<br>**Blair&Sampsom,LLP**<br>**P.O. BOx 06152**<br>**Chicago, IL 60606** | | - | 2005-08 | | | | 13,011.40 |
| Account No. **Chimnet Solutions, Inc.**<br><br>**Jewish News**<br>**5301 W. Dempster**<br>**Skokie, IL 60077** | | - | 2005-08<br>Goods & Services | | | | 588.75 |
| Account No. **Chimnet Solutions, Inc.**<br><br>**JLN Consulting Inc.**<br>**2410 Great Oaks Dr.**<br>**Lindenhurst, IL 60046** | | - | 2005-08<br>Goods & Services | | | | 515.04 |
| Account No. **2008 SC 6141**<br><br>**John Beatty**<br>**50 W Medinah Circle Apt 204**<br>**Glendale Heights, IL 60139** | | - | 2005-08<br>Goods & Services | | | | 2,900.00 |
| Account No.<br><br>**John Judd**<br>**383 N. Ridgeland**<br>**Elmhurst, IL 60126** | | - | Loan | | | | 0.00 |

Sheet no. __9__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     | 17,015.19

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Chimney Solutions Inc.**                                              ,   Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **Chimnet Solutions, Inc.**<br><br>**John Perez**<br>**3950 Mator**<br>**Chicago, IL 60634** | - | | | **2005-08**<br>**Goods & Services** | | | | 3,200.00 |
| Account No. **Chimnet Solutions, Inc.**<br><br>**Jonathan M. Kragel**<br>**State of IL Dept. of Labor**<br>**160 N. LaSalle, Ste C-1300**<br>**Chicago, IL 60601-3150** | - | | | **2005-08** | | | | 2,775.00 |
| Account No. **Chimnet Solutions, Inc.**<br><br>**Journal & Topics Newspapers**<br>**622 Graceland Ave**<br>**Des Plaines, IL 60016** | | | | **2005-08**<br>**Goods & Services** | | | | 416.00 |
| Account No. **Chimnet Solutions, Inc.**<br><br>**JP Morgan Chase DDA**<br>**5440 N. Cuberland Ave Ste. 300**<br>**Chicago, IL 60656-1490** | - | | | **2005-08**<br>**Goods & Services** | | | | 3,692.06 |
| Account No. **Chimnet Solutions, Inc.**<br><br>**Kimberly m. Lask**<br>**P.O. Box 1068**<br>**Warrenville, IL 60555** | - | | | **2005-08**<br>**Goods & Services** | | | | 1,000.00 |

Sheet no. __10__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

11,083.06

B6F (Official Form 6F) (12/07) - Cont.

In re   **Chimney Solutions Inc.** _____,   Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **07 SC 6055** <br><br> **Kubiesa, Spiroff, Gosselar, Acker &** <br> **105 S. York St., Suite 250** <br> **Elmhurst, IL 60126** | - | | | | **2006-07** <br> **Contract dispute** | | | | **4,725.00** |
| Account No. **Chimnet Solutions, Inc.** <br><br> **Larry Roesch Auto Body Inc.** <br> **300 W. Arthur Ct.** <br> **Bensenville, IL 60106** | - | | | | **2005-08** <br> **Goods & Services** | | | | **686.72** |
| Account No. **Chimnet Solutions, Inc.** <br><br> **Law Offices of Martin, Craig, Chest** <br> **2215 Yor Rd Ste. 550** <br> **Oak Brook, IL 60523** | - | | | | **2005-08** | | | | **4,690.66** |
| Account No. **Chimnet Solutions, Inc.** <br><br> **Lindemanns Chimney supply** <br> **28915 Herky Dr.** <br> **Lake Bluff, IL 60044** | - | | | | **2005-08** <br> **Goods & Services** | | | | **2,000.00** |
| Account No. **08-0067 /// 08 RS 781** <br><br> **Louise M. Baxa** <br> **c/o Clifford Law Offices** <br> **120 N LaSalle 31st Floor** <br> **Chicago, IL 60602** | - | | | | **Personal injury** | | | | **0.00** |

Sheet no. __11__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**12,102.38**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                              Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Chimney Solutions Inc.** _____,   Case No. _____

Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **Chimnet Solutions, Inc.**<br><br>**Lowe's HOme Centers, Inc.**<br>**Law Offices of Bennett& Deloney PC**<br>**P.O. BOx 190**<br>**Midvale, UT 84047-0190** | - | | | **2005-08** | | | | **542.04** |
| Account No. **Chimnet Solutions, Inc.**<br><br>**M.C.C.**<br>**P.O. Box 538**<br>**Eau Claire, WI 54702-0538** | - | | | **2005-08**<br>**Goods & Services** | | | | **160.01** |
| Account No. **Chimnet Solutions, Inc.**<br><br>**Marketshare Coupns**<br>**Teller Levit & Silvertrust PC Attrn**<br>**11 E. Adams Ste. 800**<br>**Chicago, IL 60603** | - | | | **2005-08** | | | | **15,830.00** |
| Account No. **08 M1 302437**<br><br>**Marla Johnson**<br>**c/o Heller & Richmond Ltd**<br>**33 N. Dearborn St., #1600**<br>**Chicago, IL 60602** | - | | | **2007-08**<br>**Contract dispute** | | | | **10,000.00** |
| Account No. **Chimnet Solutions, Inc.**<br><br>**Midstate Collection Solutions, Inc.**<br>**P.O. Box 3392**<br>**Champaign, IL 61826-3292** | - | | | **2005-08**<br>**Goods & Services** | | | | **1,627.00** |

Sheet no. __**12**__ of __**19**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**28,159.05**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Chimney Solutions Inc.**
_____,   Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **Chimnet Solutions, Inc.** <br><br> **Midwest Chimney Supply** <br> **837 Westmore Meyers Rd. Ste.11** <br> **Lombard, IL 60148** | - | | | **2005-08** <br> **Goods & Services** | | | | 975.47 |
| Account No. **Chimnet Solutions, Inc.** <br><br> **Movie Facts** <br> **1870 Busse Highway** <br> **Des Plaines, IL 60016** | - | | | **2005-08** <br> **Goods & Services** | | | | 315.00 |
| Account No. **Chimnet Solutions, Inc.** <br><br> **New Chicago State Surrency Exchange** <br> **Bonnie J. Schoeburg Attorney at Law** <br> **425 Hueh Rd. Building 3** <br> **Northbrook, IL 60062** | - | | | **2005-08** | | | | 421.78 |
| Account No. **08 SC 5650** <br><br> **Nicholas Hadac** <br> **244 N. Wisconsin** <br> **Villa Park, IL 60181** | - | | | **2007-08** <br> **Contract dispute** | | | X | 6,600.00 |
| Account No. **Chimnet Solutions, Inc.** <br><br> **Nicor Gas** <br> **P.O. Box 0632** <br> **Aurora, IL 60507-0632** | - | | | **2005-08** <br> **Goods & Services** | | | | 115.84 |

Sheet no. __**13**__ of __**19**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

8,428.09

B6F (Official Form 6F) (12/07) - Cont.

In re    **Chimney Solutions Inc.**                                            ,        Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **Chimnet Solutions, Inc.**<br><br>**Northern Leasing**<br>**P.O. Box 1027**<br>**Sioux Falls, SD 57101-1027** | - | | | **2005-08**<br>**Goods & Services** | | | | 243.67 |
| Account No. **Chimnet Solutions, Inc.**<br><br>**Northwest Collections**<br>**3601 Algonquin Rd. Ste. 232**<br>**Rolling Meadows, IL 60008-3106** | - | | | **2005-08**<br>**Goods & Services** | | | | 170.00 |
| Account No. **Chimnet Solutions, Inc.**<br><br>**Peteron Publications**<br>**Levy Diamond Bello & Assoc. LLC**<br>**P.O. Box 352**<br>**Milford, CT 06460-0352** | - | | | **2005-08** | | | | 1,746.27 |
| Account No. **Chimnet Solutions, Inc.**<br><br>**Pioneer Newspaper**<br>**Law Offices of Michael Davis Weis**<br>**P.O. Box 1166**<br>**Northbrook, IL 60065** | - | | | **2005-08** | | | | 12,469.00 |
| Account No. **07 M1 106484**<br><br>**Pioner Newspaper Inc**<br>**c/o Michael D. Weis**<br>**P.O. Box 1166**<br>**Northbrook, IL 60065** | - | | | **2007**<br>**NOTICE ONLY** | | | | 0.00 |

Sheet no. __**14**__ of __**19**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

14,628.94

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Chimney Solutions Inc.**                                          ,    Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **Chimnet Solutions, Inc.**<br><br>**Pitney Bowes Renta<br>2225 American Drive<br>Neenah, WI** | - | | | **2005-08<br>Goods & Services** | | | | **29.98** |
| Account No. **Chimnet Solutions, Inc.**<br><br>**Quill<br>55 Shuman Rd.<br>Naperville, IL 60566-7099** | - | | | **2005-08<br>Goods & Services** | | | | **76.97** |
| Account No. **Chimnet Solutions, Inc.**<br><br>**Randall Industries, Inc.<br>Teller Levit & Silvertrust PC Attor<br>11 E. Adams Ste. 800<br>Chicago, IL 60603** | - | | | **2005-08** | | | | **2,112.25** |
| Account No. **Chimnet Solutions, Inc.**<br><br>**Rebecca J. Egerton<br>150 N. Ash Ave.<br>Wood Dale, IL 60191** | - | | | **2005-08<br>Goods & Services** | | | | **734.28** |
| Account No. **Chimnet Solutions, Inc.**<br><br>**RH Donnelley Publishing & Advertisi<br>James Stevens & Daniels<br>1283 Colledge Park Dr.<br>Dover, DE 19904** | - | | | **2005-08** | | | | **3,900.60** |

Sheet no. __**15**__ of __**19**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **6,854.08**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Chimney Solutions Inc.** _____,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **Chimnet Solutions, Inc.**<br><br>**Robert Fiege**<br>**Thomas P. Marnell & Assoc.**<br>**200 N. LaSalle St. 20th floor**<br>**Addison, IL 60101-1014** | - | | | 2005-08 | | | | 300.00 |
| Account No. **Chimnet Solutions, Inc.**<br><br>**Safe Guard**<br>**P.O. Box 88043**<br>**Chicago, IL** | - | | | 2005-08<br>**Goods & Services** | | | | 284.13 |
| Account No. **Chimnet Solutions, Inc.**<br><br>**Save on Everything**<br>**100 W. Maple Road Ste. 200**<br>**Troy, MI 48084** | - | | | 2005-08<br>**Goods & Services** | | | | 12,664.00 |
| Account No. **Chimnet Solutions, Inc.**<br><br>**Sung Hoon Mo**<br>**1569 Castle Ct.**<br>**Palatine, IL 60074** | - | | | 2005-08<br>**Goods & Services** | | | | 827.00 |
| Account No. **Chimnet Solutions, Inc.**<br><br>**T-Mobile**<br>**7575 Corporate Way**<br>**Eden Prairie, MN 55344** | - | | | 2005-08<br>**Goods & Services** | | | | 2,245.27 |

Sheet no. __16__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **16,320.40**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Chimney Solutions Inc.**                                    ,     Case No. _____
                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **Chimnet Solutions, Inc.** <br><br> **TCF Bank** <br> **919 Estes Court** <br> **Elmhurst, IL 60126-2229** | - | | | **2005-08** <br> **Goods & Services** | | | | 341.06 |
| Account No. **Chimnet Solutions, Inc.** <br><br> **Thee Insurance Shoppe** <br> **One Tower Square Remittance** <br> **Box 12787** <br> **Hartford, CT 06183-9042** | - | | | **2005-08** <br> **Goods & Services** | | | | 2,963.00 |
| Account No. **Chimnet Solutions, Inc.** <br><br> **Themo-Rite** <br> **1322 Evans Ave** <br> **Akron, OH 44305** | - | | | **2005-08** <br> **Goods & Services** | | | | 291.93 |
| Account No. **Chimnet Solutions, Inc.** <br><br> **Tomorrows Internet Solutions, Inc.** <br> **55 W. 22nd St. Ste. 330E** <br> **Lombard, IL 60148** | - | | | **2005-08** <br> **Goods & Services** | | | | 634.05 |
| Account No. **Chimnet Solutions, Inc.** <br><br> **Town Coupons Just** <br> **P.O. Box 1121** <br> **Batavia, IL 60510** | - | | | **2005-08** <br> **Goods & Services** | | | | 1,866.00 |

Sheet no. __17__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

6,096.04

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Chimney Solutions Inc.** _____,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **Chimney Solutions, Inc.**<br><br>**Verizon**<br>**1247 Broadway**<br>**Sonoma, CA 95476** | | - | | **2005-08**<br>**Goods & Services** | | | | 2,010.15 |
| Account No. **Chimney Solutions, Inc.**<br><br>**Villa Park Auto Clinic**<br>**P.O. Box 67015**<br>**Harrisburg, PA 17106-7015** | | - | | **2005-08**<br>**Goods & Services** | | | | 100.07 |
| Account No. **Chimney Solutions, Inc.**<br><br>**Villa Park Meterial**<br>**Law Offices of Barry Serota & Assoc**<br>**P.O. Box 1008**<br>**Arlington Heights, IL 60006** | | - | | **2005-08** | | | | 974.04 |
| Account No. **Chimney Solutions, Inc.**<br><br>**Village of Addison**<br>**1 Friendship Plaza**<br>**Addison, IL 60101-2786** | | - | | **2005-08**<br>**Goods & Services** | | | | 21.06 |
| Account No. **Chimnet Solutions, Inc.**<br><br>**West Suburban Currency Exchange, In**<br>**707 Lake Cook Rd. Ste. 314**<br>**Deerfield, IL 60015** | | - | | **2005-08**<br>**Goods & Services** | | | | 9,449.81 |

Sheet no. __18__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| 12,555.13 |
|---|

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Chimney Solutions Inc.**                                          ,      Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **Chimney Solutions, Inc.**<br><br>**William and Cynthia Markunas**<br>**General Insurance Comp. of America**<br>**P.O. Box 461**<br>**Saint Louis, MO 63166** | - | | | **2005-08**<br>**Services** | | | | 803.14 |
| Account No. **Chimney Solutions, Inc.**<br><br>**Yellow Book USA, Inc**<br>**Teller Levit & Silvertrust, PC**<br>**11 e. Adams Ste. 800**<br>**Chicago, IL 60603** | - | | | **2005-08**<br>**Services** | | | | 24,080.43 |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet no. __19__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | | 24,883.57 |
| Total (Report on Summary of Schedules) | | 286,040.35 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

.

In re    **Chimney Solutions Inc.**                                                    Case No. _____
                                                            ,
                                          Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|

**0**

_____  continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

.

In re   **Chimney Solutions Inc.**                                      ,   Case No. _____
                                              Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |

**0**
_____ continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                      Best Case Bankruptcy

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Chimney Solutions Inc.**

Debtor(s)

Case No.

Chapter   **7**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **32** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **April 23, 2009**

Signature   **/s/ John Judd**

**John Judd**
**President**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Chimney Solutions Inc.**                                           Case No.
                                          Debtor(s)          Chapter        **7**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

———————————————————

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
| --- | --- |
| **$-398,781.00** | **2008 sales of $324,378; loss of -$398,781** |
| **$-3,358.00** | **2007 sales of $811,643; loss of $3,358** |
| **$-1,754.00** | **2006 sales of $1,213,957; loss of $1,754** |

### 2. Income other than from employment or operation of business

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                    SOURCE

### 3. Payments to creditors

None
■

*Complete a. or b., as appropriate, and c.*

a.   *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
■

b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None
■

c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

### 4.   Suits and administrative proceedings, executions, garnishments and attachments

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Pioneer Newspaper, Inc.** v **Chimney Solutions, Inc 07 M1 106484** | **Contract dispute** | **Cook County ILL** | **Judgment for plaintiff** |
| **John Beatty** v **Chimney Solutions, Inc 08 SC 6141** | **Contract dispute** | **DuPage County, ILL** | **Judgment for plaintiff** |
| **Clipper Magazine, Inc** v **Chimney Solutions, Inc 05 M1 170458** | **Contract dispute** | **Cook County, IL** | **judgment for Plaintiff** |

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Coupon Cash Saver** <br> v <br> **Chimney Solutions, Inc** <br> **06 AR 1037** | **Contract dispute** | **DuPage County ILL** | **Judgment for plaintiff** |
| **Nicholas Hadac** <br> v <br> **Chimney Solutions, Inc** <br> **08 004093** | **wage dispute** | **Ill Dept. of Labor -- Chicago, IL** | **pleadings** |
| **Nicholas Hadac** <br> v <br> **Chimney Solutions, Inc** <br> **08 SC 5650** | **Contract dispute** | **DuPage County ILL** | **pleadings** |
| **Marla Johnson** <br> v <br> **Chimney Solutions, Inc** <br> **08 M1 302437** | **Contract dispute** | **Cook County ILL** | **pleadings** |
| **Kubiesa, Spiroff Gosselar** <br> v <br> **Chimney Solutions, Inc** <br> **07 SC 6055** | **Contract dispute** | **DuPage County, Ill** | **judgment for plaintiff** |

None
■    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5.  Repossessions, foreclosures and returns**

None
■    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6.  Assignments and receiverships**

None
■    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

4

**7. Gifts**

None ■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8. Losses**

None ■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

None □

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Lavelle Law, Ltd.<br>501 W Colfax<br>Palatine, IL 60067 | 11-08 | $2,500.00 |

**10. Other transfers**

None ■

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None ■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None ■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

5

**12. Safe deposit boxes**

None ■    List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

**13. Setoffs**

None ■    List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

**14. Property held for another person**

None ■    List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

**15. Prior address of debtor**

None ■    If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

**16. Spouses and Former Spouses**

None ■    If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ■    a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■    b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■    c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None ☐    a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Chimney Solutions, Inc** | 30-0232664 | | **Residential chimney work** | **1/27/04 thru 10/08** |

None ■    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None ☐   a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Smith Accounting Services Inc**<br>**P.O. Box 475**<br>**Lombard, IL 60148** | **2005-08** |

None ■   b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None ☐   c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| **John Judd** | **383 N. Ridgeland**<br>**Elmhurst, IL 60126** |

None ■   d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

**20. Inventories**

None ■   a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|

None ■   b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY<br>RECORDS |
|---|---|

**21 . Current Partners, Officers, Directors and Shareholders**

None ■   a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ☐   b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE<br>OF STOCK OWNERSHIP |
|---|---|---|
| **John Judd**<br>**383 N. Ridgeland**<br>**Elmhurst, IL 60126** | **President** | **100% of common stock** |

8

**22 . Former partners, officers, directors and shareholders**

None ■
a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

NAME                                ADDRESS                                DATE OF WITHDRAWAL

None ■
b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

NAME AND ADDRESS                    TITLE                    DATE OF TERMINATION

**23 . Withdrawals from a partnership or distributions by a corporation**

None ■
If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

NAME & ADDRESS                                                              AMOUNT OF MONEY
OF RECIPIENT,                          DATE AND PURPOSE                    OR DESCRIPTION AND
RELATIONSHIP TO DEBTOR                 OF WITHDRAWAL                       VALUE OF PROPERTY

**24. Tax Consolidation Group.**

None ■
If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                          TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None ■
If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                TAXPAYER IDENTIFICATION NUMBER (EIN)

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date   **April 23, 2009**                    Signature   **/s/ John Judd**
                                                          **John Judd**
                                                          **President**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Chimney Solutions Inc.**      Case No. _____

           Debtor(s)      Chapter    **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept ........................................................................ $      **2,500.00**

    Prior to the filing of this statement I have received ......................................................... $      **2,500.00**

    Balance Due ........................................................................................................................ $      **0.00**

2. The source of the compensation paid to me was:

    ■ Debtor     ☐ Other (specify):

3. The source of compensation to be paid to me is:

    ■ Debtor     ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d. [Other provisions as needed]
        **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    **April 23, 2009**            **/s/ Timothy M. Hughes**
                                        **Timothy M. Hughes 6208982**
                                        **Lavelle Law, Ltd.**
                                        **501 W Colfax**
                                        **Palatine, IL 60067**
                                        **847.705-9698  Fax: 847.241-1702**
                                        **thughes@lavellelaw.com**

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Chimney Solutions Inc.**

Debtor(s)

Case No.

Chapter   **7**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:                                **105**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   **April 23, 2009**

**/s/ John Judd**

**John Judd/President**
Signer/Title

Act Professionals
218 Tioga Ave
Addison, IL 60101-1928


Allied Waste Service
5050 W. Lake St.
Melrose Park, IL 60160


American States Ins. Comp.
Two Wells Ave
Dept. 72489
Newton Center, MA 02459


Ameriprice Auto & Home Ins.
The Wilber Law Firm, PC
P.O.Box 2155
Bloomington, IL 61702-2155


Aramak Uniform Services
555 Ct. St. Charles Dr.
Suite 100
Thousand Oaks, CA 91360


Areawide Automotive
620 E North Ave
Lombard, IL 60148


AT&T
P.O Box 15391
Wilmington, DE 19850-5391


AT&T Real Yellow Pages
8519 Innovation Way
Chicago, IL 60682-0085


AT&T2
3000 Corporate Exchange Drive
Columbus, OH 43231


Berland's  House of
P.O. Box 60012
City Of Industry, CA 91716-0012

California Contractors
7729 Burnet Ave
Van Nuys, CA 91405


Cbeyond Communicat
P.O. Box 406815
Atlanta, GA 30384


Central Dupage Hospital
25 North Winfield Road
Winfield, IL 60190


Chase
726 Exchange St., Ste. 700
Buffalo, NY 14210


Chase Bank USA, N.A.
8014 Bayberry Rd.
Jacksonville, FL 32256-7412


Cian and Louisa Perez
Gerber Auto Collision & Glass
500 W. Lake St.
Elmhurst, IL 60126


City of Chicago Dept of Revenue
P.O Box 88292
Chicago, IL 60680-1292


City of Chicago Dept of Revenue(ACS
Linebarger Goggan Blair&Sampson,LLP
P.O. Box 06152
Chicago, IL 60606


Clifford Law Offices
120 N LaSalle 31st Floor
Chicago, IL 60602


Clipper Magazine
c/o John M. Galich
144535 John Humphrey Dr #101
Orland Park, IL 60462

Clipper Magazine
14535 John Humphrey Dr.
Ste. 101
Orland Park, IL 60467


Collection Analyis
33 S. State St. 10th floor
Chicago, IL 60603-2802


Comcast-Chicago Seconds-2000
P.O. Box 118288
Carrollton, TX


ComEd
Bill Payment Center
Chicago, IL 60668-0001


Cooperfields
Mathews, Pierce, & Lloyd, Inc.
830 Walker Rd. Ste. 12
Dover, DE 19904


Coupon Cash Saver, Inc.
c/o Edgerton & Edgerton
125 Wood St., P.O. Box 218
West Chicago, IL 60186


Coupon Cash-Saver
Edgerton & Edgerton
125 Wood St. P.O. Box 218
West Chicago, IL 60186-0218


Coupon Magazine
85 Maket St. # 105
Elgin, IL 60123


D. Patrick Mullarkey
Tax Division DOJ, P.O. Box 55
Ben Franklin Station
Washington, DC 20044


Daily Hearld
Biehl & Biehl, Inc.
P.O. Box 66415
Chicago, IL 60666-0415

David Palm
Roddy Leahy Guill & Zima
303 West Madison St. Ste. 1500
Chicago, IL 60606


Dept of Treasury
Internal Revenue Service
Cincinnati, OH 45999


District Counsel
200 W. Adams
Chicago, IL 60604


District Director IRS
230 S Dearborn
Chicago, IL 60604


Dominicks Stor
11601 Roosvely Blvd. St.
Saint Petersburg, FL 33716


Drive Financial Services
P.O. Box 660633
Dallas, TX 72566-0633


Elmhurst Memorial Hospital
75 Remittance Dr. Ste. 6383
Chicago, IL 60675


Elmhurst Memorial Occupational Hlth
230 E. Irving Park Rd.
Wood Dale, IL 60191


G.P.S Insight
21803 n. Scottsdale Rd. Ste. 220
Scottsdale, AZ 85255


General Corporate Matters
Gross & Boyle, LLC
15 Salt Creek Ln Ste. 207
Hinsdale, IL 60521

George S. May International
Stein & Rotman
105 w. Madison St.
Chicago, IL 60602-4672


Global Pay
10705 Red Run Blvd.
Owings Mills, MD 21117


Grainer
7300 N. Melvina AVe.
Niles, IL 60714-3998


Homeowners Marketing Service, Inc
c/o C.T. Corporation
208 S LaSalle Suite 814
Chicago, IL 60604


Humana Health SErvices
P.O. Box 965 Brookfield
Brookfield, WI 53008-0965


Ice Mountain
6661 Dixie HWY Ste. 4
Louisville, KY 40258


Idearc Media
925 Westchester Ave Ste. 101
White Plains, NY 10604


Illinois Department of Revenue
100 W Randolph 7th Floor
Bankruptcy Unit
Chicago, IL 60601


Illinois Dept of Employment Securit
P.O. Box 3637
Springfield, IL 62708-3637


Illinois Dept Of Revenue
P.O. Box 19041
Springfield, IL 62794-1904

Illinois Tollway
P.O. BOx 5201
Lisle, IL 60532-5201


Illinois Tollway (ACS)
Linebarger Goggan Blair&Sampsom,LLP
P.O. BOx 06152
Chicago, IL 60606


Internal Revenue Service
Kansas City, MO 64999


Jewish News
5301 W. Dempster
Skokie, IL 60077


JLN Consulting Inc.
2410 Great Oaks Dr.
Lindenhurst, IL 60046


John Beatty
50 W Medinah Circle Apt 204
Glendale Heights, IL 60139


John Judd
383 N. Ridgeland
Elmhurst, IL 60126


John Perez
3950 Mator
Chicago, IL 60634


Jonathan M. Kragel
State of IL Dept. of  Labor
160 N. LaSalle, Ste C-1300
Chicago, IL 60601-3150


Journal & Topics Newspapers
622 Graceland Ave
Des Plaines, IL 60016


JP Morgan Chase DDA
5440 N. Cuberland Ave Ste. 300
Chicago, IL 60656-1490

Kimberly m. Lask
P.O. Box 1068
Warrenville, IL 60555


Kubiesa, Spiroff, Gosselar, Acker &
105 S. York St., Suite 250
Elmhurst, IL 60126


Larry Roesch Auto Body Inc.
300 W. Arthur Ct.
Bensenville, IL 60106


Law Offices of Martin, Craig, Chest
2215 Yor Rd Ste. 550
Oak Brook, IL 60523


Lindemanns Chimney supply
28915 Herky Dr.
Lake Bluff, IL 60044


Louise M. Baxa
c/o Clifford Law Offices
120 N LaSalle 31st Floor
Chicago, IL 60602


Lowe's HOme Centers, Inc.
Law Offices of Bennett& Deloney PC
P.O. BOx 190
Midvale, UT 84047-0190


M.C.C.
P.O. Box 538
Eau Claire, WI 54702-0538


Marketshare Coupns
Teller Levit & Silvertrust PC Attrn
11 E. Adams Ste. 800
Chicago, IL 60603


Marla Johnson
c/o Heller & Richmond Ltd
33 N. Dearborn St., #1600
Chicago, IL 60602

Midstate Collection Solutions, Inc.
P.O. Box 3392
Champaign, IL 61826-3292


Midwest Chimney Supply
837 Westmore Meyers Rd. Ste.11
Lombard, IL 60148


Movie Facts
1870 Busse Highway
Des Plaines, IL 60016


New Chicago State Surrency Exchange
Bonnie J. Schoeburg Attorney at Law
425 Hueh Rd. Building 3
Northbrook, IL 60062


Nicholas Hadac
244 N. Wisconsin
Villa Park, IL 60181


Nicor Gas
P.O. Box 0632
Aurora, IL 60507-0632


Northern Leasing
P.O. Box 1027
Sioux Falls, SD 57101-1027


Northwest Collections
3601 Algonquin Rd. Ste. 232
Rolling Meadows, IL 60008-3106


Peteron Publications
Levy Diamond Bello & Assoc. LLC
P.O. Box 352
Milford, CT 06460-0352


Pioneer Newspaper
Law Offices of Michael Davis Weis
P.O. Box 1166
Northbrook, IL 60065

Pioner Newspaper Inc
c/o Michael D. Weis
P.O. Box 1166
Northbrook, IL 60065


Pitney Bowes Renta
2225 American Drive
Neenah, WI


Quill
55 Shuman Rd.
Naperville, IL 60566-7099


Randall Industries, Inc.
Teller Levit & Silvertrust PC Attor
11 E. Adams Ste. 800
Chicago, IL 60603


Rebecca J. Egerton
150 N. Ash Ave.
Wood Dale, IL 60191


RH Donnelley Publishing & Advertisi
James Stevens & Daniels
1283 Colledge Park Dr.
Dover, DE 19904


Robert Fiege
Thomas P. Marnell & Assoc.
200 N. LaSalle St. 20th floor
Addison, IL 60101-1014


Safe Guard
P.O. Box 88043
Chicago, IL


Save on Everything
100 W. Maple Road Ste. 200
Troy, MI 48084


Sung Hoon Mo
1569 Castle Ct.
Palatine, IL 60074

T-Mobile
7575 Corporate Way
Eden Prairie, MN 55344


TCF Bank
919 Estes Court
Elmhurst, IL 60126-2229


Thee Insurance Shoppe
One Tower Square Remittance
Box 12787
Hartford, CT 06183-9042


Themo-Rite
1322 Evans Ave
Akron, OH 44305


Tomorrows Internet Solutions, Inc.
55 W. 22nd St. Ste. 330E
Lombard, IL 60148


Town Coupons Just
P.O. Box 1121
Batavia, IL 60510


United States Attorney
219 S. Dearborn St.
Chicago, IL 60604


Verizon
1247 Broadway
Sonoma, CA 95476


Villa Park Auto Clinic
P.O. Box 67015
Harrisburg, PA 17106-7015


Villa Park Meterial
Law Offices of Barry Serota & Assoc
P.O. Box 1008
Arlington Heights, IL 60006


Village of Addison
1 Friendship Plaza
Addison, IL 60101-2786

West Suburban Currency Exchange, In
707 Lake Cook Rd. Ste. 314
Deerfield, IL 60015


William and Cynthia Markunas
General Insurance Comp. of America
P.O. Box 461
Saint Louis, MO 63166


Yellow Book USA, Inc
Teller Levit & Silvertrust, PC
11 e. Adams Ste. 800
Chicago, IL 60603

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Chimney Solutions Inc.**

Debtor(s)

Case No. _____

Chapter   **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Chimney Solutions Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**John Judd
383 N. Ridgeland
Elmhurst, IL 60126**

☐ None [*Check if applicable*]

**April 23, 2009**
Date

**/s/ Timothy M. Hughes**

**Timothy M. Hughes 6208982**
Signature of Attorney or Litigant
Counsel for   **Chimney Solutions Inc.**
**Lavelle Law, Ltd.**
**501 W Colfax**
**Palatine, IL 60067**
**847.705-9698 Fax:847.241-1702**
**thughes@lavellelaw.com**